# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN KRISTENSEN, Individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>RESEARCH AMERICA, INC., and DOES 1 THROUGH 10,<br>Defendant. | CIVIL ACTION<br><br>NO. 18-4026 |

## O R D E R

**AND NOW**, this 14th day of February, 2019, upon consideration of Defendant Research America Inc.'s Motion to Dismiss Plaintiff's Complaint Or, in the Alternative, to Strike Plaintiff's Class Claims and Stay Proceedings (Document No. 4, filed February 4, 2019), it having been reported that the issues between the parties in the above action have been settled, **IT IS ORDERED** as follows:

1. Defendant Research America Inc.'s Motion to Dismiss Plaintiff's Complaint Or, in the Alternative, to Strike Plaintiff's Class Claims and Stay Proceedings is **DENIED AS MOOT**; and,

2. Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.